

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-22-00249-CV

---

**IN RE WILEY MCINTIRE, PAUL MCINTIRE, KATHY TOPPER, JAN WOODS (F/K/A JAN LUSTER), JACKIE LEANNE CLEMENTZ (F/K/A JACKIE LEANNE WADE), AND GARY BURDETTE WADE, RELATORS**

---

**ORDER ON RELATORS' MOTION REQUESTING
PRELIMINARY TEMPORARY RELIEF**

---

September 9, 2022

## ORDER

Pending before the Court is Relators' ex parte motion requesting preliminary temporary relief in this original proceeding. The motion is granted. Accordingly, Gary Jahnel is ordered not to distribute or otherwise encumber or dispose of any assets from the Daughtry Trust, directly or indirectly, for his personal attorney's fees in the underlying case, trial court cause number 7593 pending in the 31st District Court of Hemphill County, or this mandamus proceeding, cause number 07-22-00249-CV, until further order of the Court.

Per Curiam